# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                    Debtors.<br><br>────────────────────<br><br>FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NEIL PATEL, I'M KIND OF A BIG DEAL,<br>LLC, and NEIL PATEL DIGITAL, LLC,<br><br>                    Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br><br>Adv. Pro. No. 24-50216 (KBO) |

**STIPULATION TO STAY ADVERSARY PROCEEDING**

This stipulation (the "Stipulation") is made and entered into by and among Plaintiff FTX Recovery Trust (the "Plaintiff"), and Defendants Neil Patel, I'm Kind of a Big Deal, LLC, and Neil Patel Digital, LLC (the "Defendants," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel.  In support of the Stipulation, the Parties respectfully state as follows:

WHEREAS, on November 8, 2024, Plaintiff FTX Recovery Trust initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the complaint [Adv. D.I. 1] (the "Complaint") in the United States Bankruptcy Court for the District of Delaware (the "Court");

WHEREAS, on January 9, 2026, Plaintiff filed its *First Amended Complaint* [Adv. D.I. 152 (the "First Amended Complaint");

-2-

WHEREAS, the Parties have reached a settlement, the consummation of which is contingent on certain future events, and the Parties have agreed to stay all deadlines in this Adversary Proceeding pending such future events.

**NOW, THEREFORE**, it is hereby stipulated and agreed, by the Parties hereto, subject to approval by the Court, that:

1.      The Parties agree to a stay and an abeyance of all deadlines in the Adversary Proceeding until June 30, 2026.

2.      Pending approval of this Stipulation by the Court, each Party agrees that it is and will be bound by this Stipulation and waives any right to object to approval by the Court.  If, however, this Stipulation is not approved by the Court, it will be null and void and have no force or effect whatsoever except as may be otherwise agreed in writing by the Parties.  In such event, the Parties agree to a stay and an abeyance of all deadlines in the Adversary Proceeding until June 30, 2026.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and the order approving it.

Dated:  February 23, 2026

**LANDIS RATH & COBB LLP**

*/s/ Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
cobb@lrclaw.com
mcguire@lrclaw.com
robertson@lrclaw.com

*Counsel to Plaintiff*

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
sascharand@quinnemanuel.com

Anthony P. Alden (*pro hac vice*)
Alexandre J. Tschumi (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-7000
anthonyalden@quinnemanuel.com
alextschumi@quinnemanuel.com

Olivia Barket Yeffet (*pro hac vice*)
2601 South Bayshore Dr, Suite 1550
Miami, Florida 33133
(305) 402-4880
oliviayeffet@quinnemanuel.com

*Special Counsel to the Plaintiff*

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com
agambale@pashmanstein.com

Leah M. Eisenberg (*pro hac vice*)
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Email: leisenberg@pashmanstein.com

- and -

**SQUIRE PATTON BOGGS (US) LLP**
Gabriel Colwell, Esq. (*pro hac vice*)
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 689-5126
Fax: (213) 623-4581
Email: gabriel.colwell@squirepb.com

Peter R. Morrison (*pro hac vice*)
1000 Key Tower, 127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Fax: (216) 479-8780
Email: peter.morrison@squirepb.com

F. Maximilian Czernin (*pro hac vice*)
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 361-1200
Fax: (513) 361-1201
Email: max.czernin@squirepb.com

*Counsel to Defendants*